IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.    04-cv-01684-WYD-OES

ANTHONY CHAN, M.D.;

Plaintiff(s),

vs.

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A., d/b/a
Concentra Medical Centers; and
CONCENTRA HEALTH SERVICES, INC., d/b/a Concentra Medical Centers;

Defendant(s).

ORDER DENYING DEFENDANTS'
MOTION TO STRIKE AFFIDAVIT OF JOSEPH FORTUNATO

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 17, 2005

Defendants have filed a motion in which they ask that I strike the affidavit of Joseph Fortunato.  Defendants argue that they did not learn of the existence of Fortunato as a witness until September 12, 2005.

Counsel for plaintiff admits that he did not provide the identity of Fortunato to defendants until approximately that date.  However, he states to the court that he only learned himself of the existence of this witness on August 29, 2005.  He explains in his Response to defendants' motion that he proceeded diligently from that date on to obtain Fortunato's affidavit, and provided a final draft to defense counsel as soon as it was obtained.

## DISCUSSION

The parties agree that this motion is addressed to the sound discretion of the

court.  In weighing the motion I should consider the prejudice to defendants, the ability to provide a cure for any prejudice, the extent to which the granting of the motion would disrupt any trial and any bad faith or willfulness.

Defendants have not directed me to any evidence that plaintiff's motion is the result of bad faith or willfulness.  I conclude that I can cure any prejudice to defendants by providing an opportunity to depose Fortunato, depose Somerset for a second time and grant a further extension of time to file a reply in regard to the motion for summary judgment.  The jury trial will not be affected as it is presently set for September 11, 2006.

## ORDER

It is therefore ORDERED as follows:

1. Defendants' Motion to Strike Affidavit of Joseph Fortunato, D.O. [Doc. 41, filed September 15, 2005] is DENIED.

2. Defendants shall be permitted to depose Fortunato, and re-depose Somerset, if desired, by no later than November 2, 2005.

3. Defendants are granted a further extension of time within which to file their Reply in regard to summary judgment to November 16, 2005.

Dated at Denver, Colorado, this day of:  October 17, 2005

BY THE COURT:

s/ O. Edward Schlatter
_____
O. Edward Schlatter
United States Magistrate Judge