IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01684-WYD-OES

ANTHONY CHAN, M.D.,

    Plaintiff,

v.

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A., d/b/a
CONCENTRA MEDICAL CENTERS; and
CONCENTRA HEALTH SERVICES, INC., d/b/a CONCENTRA MEDICAL CENTERS,

    Defendants.

## ORDER

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Amend Pretrial Order, filed August 22, 2006 (docket #79).  The Motion seeks to amend the Final Pretrial Order in this case to add Joseph Fortunato, D.O. as a witness and to add the spreadsheets attached to Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment, as exhibits.  Having reviewed the motion and being fully advised in the matter, it is hereby ORDERED that the Motion is **GRANTED** as set forth herein.

    Dated:  August 24, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge