IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-01684-WYD-OES

ANTHONY CHAN, M.D.,

    Plaintiff,

v.

OCCUPATIONAL HEALTH CENTERS OF THE SOUTHWEST, P.A., d/b/a
CONCENTRA MEDICAL CENTERS; and
CONCENTRA HEALTH SERVICES, INC., d/b/a CONCENTRA MEDICAL CENTERS,

    Defendants.

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the Stipulation to Dismiss with Prejudice, filed by the parties on October 27, 2006 (docket #96), pursuant to Fed. R. Civ. P. 41(a)(1)(ii).  Having reviewed the Stipulation and the file in this matter, I find that the claims and causes of action in this case should be **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys' fees.

    Dated:  November 2, 2006

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                U. S. District Judge